**Order entered May 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00297-CR

### KIRK STEVEN JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F13-70153-Y

## ORDER

On March 10, 2015, this Court ordered court reporter Sharon Hazlewood to file, within fifteen days, the reporter's record of the suppression hearing. On April 8, 2015, we received a supplemental record of a December 3, 2013, hearing on a motion to suppress. That record was prepared by court reporter Susan Tabaee. We note, however, that State's Exhibit no. 51, a DVD admitted into evidence at the hearing, was not filed with the record. We further note that Ms. Hazlewood did not file State's Exhibits no. 44 and no. 53, DVDs, when she filed the reporter's record of the trial.

Accordingly, we **ORDER** Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7, to file by **4:00 p.m. on FRIDAY, MAY 8, 2015**, a

supplemental record containing State's Exhibits no. 44 and no. 53. We further **ORDER** that Sharon Hazlewood not sit as a court reporter until she has filed the exhibits in this case.

We **ORDER** court reporter Susan Tabaee to file, by **4:00 p.m. on FRIDAY, MAY 8, 2015**, a supplemental record containing State's Exhibit no. 51 that was admitted during the suppression hearing.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, court reporter; Susan Tabaee, court reporter; the Dallas County Auditor's Office; the Texas Court Reporters Certification Board; and to counsel for all parties.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE